# EXHIBIT 4

# CLICKBANK CLIENT CONTRACT ADDENDUM

1. PARTIES

The parties to this addendum (the "Addendum") are Click Sales Inc. ("ClickBank") and Matheus Rockenbach ("Vendor"). This Addendum applies to all ClickBank accounts owned and controlled by Vendor, commonly referred to as the account group Matheus Rockenbach.

2. EFFECTIVE DATE

3/12/2026.

3. PRICING

Notwithstanding anything to the contrary in the ClickBank Client Contract (and any related policies), the price Vendor shall pay for the ClickBank Services shall be as set forth below.

This agreement replaces any prior written or verbal pricing agreement between ClickBank and Vendor.

ClickBank charges a fee on each transaction pursuant to the ClickBank Client Contract and other applicable contracts (the "Merchant Fee"). Based on the volume-based tiers below, ClickBank will apply reduced Merchant Fee charged under those contracts. Sales will be processed at the Merchant Fee per the below chart:

| Discount Tier | Chargeback Rate (=<) | Merchant Fee Rate | Chargeback Fee | Refund Fee |
|---|---|---|---|---|
| Tier 1 | -- | 7.5% + $1.00 | Standard | Standard |
| Tier 2 | 2.35% | 6.5% + $0.75 | Standard | Standard |
| Tier 3 | 2.25% | 6.25% + $0.70 | $22 | Waived |
| Tier 4 | 2.0% | 6.0% + $0.50 | $22 | Waived |

To qualify for any of the discount tiers above, Vendor's account group must generate at least $8,000,000 net sales in the prior month.

If in the prior month, Vendor's account group had a chargeback rate at or less than 2.0%, Vendor's Merchant Fee Rate in the subsequent month would be 6.0% + $0.50. Furthermore, Vendor's chargeback fee would be limited to $22 per chargeback.

Likewise, if Vendor's account group had a chargeback rate less than or equal to 2.25% but greater than 2.0%, Vendor's Merchant Fee Rate in the subsequent month would be 6.25% + $0.70. Furthermore, Vendor's chargeback fee would be limited to $22 per chargeback.

Additionally, if Vendor's account group had a chargeback rate less than or equal to 2.35% but greater than 2.25%, Vendor's Merchant Fee Rate in the subsequent month would be 6.5% + $0.75.



*CONFIDENTIAL*

Finally, if Vendor's account group had a chargeback rate greater than 2.35%, Vendor's Merchant Fee Rate in the subsequent month would be 7.5% + $1.00.

The tiers are based on monthly chargeback rate for Vendor's account group, which ClickBank calculates as total gross chargeback count divided by total gross sale count, calculated as an aggregate number of all accounts in the vendor account group.

Adjustments to MPay will be completed by ClickBank no later than five business days from the signing of the addendum and subsequently from the change in tier qualification.

4. RESERVES

ClickBank will apply a reserve rate of 14% on all accounts in Vendor's account group for 60 days after the date of the contract addendum. After 60 days, ClickBank and Vendor will reassess the reserve rate and seek to mutually agree on reserve rates and amounts for the remainder of the contract addendum's term.

The reserve rate may be periodically adjusted based on ClickBank's return risk exposure.

Reserve rates in each account will be adjusted within five business days after the date of the contract addendum.

ClickBank typically holds client reserve funds for 84 days, at which point the funds are returned to the vendor/affiliate. ClickBank is currently developing a feature that allows for the withholding timeframe to be shortened. When that feature is available, ClickBank will reduce the reserve holding period from 84 days to 63 days for Vendor's account group.

5. TERM

This Addendum renews on a month-to-month basis unless terminated by either party until December 31st, 2026. Either party may terminate this Addendum for any reason with 7 days written notice, which notice may be by e-mail. Upon termination, any unapplied discounts earned under this Addendum will be applied to sales made before the termination date.

6. EFFECT OF AGREEMENT

This Addendum is incorporated as part of, and is governed by the terms and conditions of, the ClickBank Client Contract (the "Client Contract"), which can be found at https://support.clickbank.com/en/articles/10535337-clickbank-client-contract. In the case of any direct conflict between the terms of this Addendum and the Client Contract, such direct conflict will be resolved in favor of this Addendum.

7. CONFIDENTIALITY

This Addendum is confidential. Vendor and ClickBank mutually agree to keep the terms of this Agreement confidential. In particular, and without limiting the forgoing, each party agrees not to disclose the pricing provisions to anyone other than its employees. If, based on clear evidence Clickbank reasonably believes the terms of this agreement appear to have been disclosed by Vendor to an impermissible third party, the Volume Discount on all sales after the effective date of this agreement will be clawed back by ClickBank. In that event, and upon five (5) days written notice, ClickBank may, at its option: (1) invoice Vendor for the full amount of the Volume Discount, payable in 30 days from the invoice date; (2) withdraw the Volume Discount, at once or over time, from any account owned or controlled by Vendor; and/or (3) recover the Volume Discount by additional fees on future sales from any account owned or controlled by Vendor. Nothing in the above provision will prevent Vendor from contesting ClickBank’s claim of Vendor’s alleged breach of this Agreement in a forum of appropriate jurisdiction.

8. ORDERLY EXIT

If Vendor chooses to, or is required to cease or substantially reduce sales volume, Vendor is obligated to conduct an orderly exit. Vendor is responsible for all future returns and financial obligations. This includes any returns in excess of reserves retained by ClickBank (negative balances). In that event, and upon five (5) days written notice, ClickBank may, at its option: (1) invoice Vendor for the full amount of the negative balance, payable in 30 days from the invoice date; (2) withdraw the negative balance amount, at once or over time, from any account owned or controlled by Vendor; and/or (3) recover the negative balance amount by additional fees on future sales from any account owned or controlled by Vendor.

9. DISPUTED AMOUNTS

If Vendor believes that any discount amount has been calculated incorrectly, it must notify ClickBank in writing within 30 days of receiving the disputed payment. If Vendor fails to notify ClickBank, Vendor will be deemed to have accepted the payment as full satisfaction of ClickBank’s obligation under this agreement, and Vendor’s right to dispute the amount of the payment will be waived.

CLICK SALES INC. Signed by: 7F1EF80B54814DB...

VENDOR DocuSigned by: Matheus Rockenbach 2B3B2E69AA9C4F6...

Name: Kelly Householder

Title: CEO

Date: 3/12/2026

Name: Matheus Rockenbach

Title: Founder

Date: 3/11/2026