# EXHIBIT 5

Holland & Hart

**Joshua D. Hurwit**
**Partner**
**Phone** 208.383.3920
JDHurwit@hollandhart.com

August 11, 2026

**VIA EMAIL AND CERTIFIED MAIL**

Attn: Matheus Rockenbach, Founder
BHEver Company LLP
525 N 530 W
Ogden, UT 84404
tools@grupobhever.com

**Re: Nonpayment of Refund/Chargeback Amounts – Notice of Claim**

Dear Mr. Rockenbach:

Holland & Hart LLP serves as outside litigation counsel to Click Sales, Inc. ("ClickBank"). Reference is made to (i) the ClickBank Client Contract Addendum, entered into by you, on behalf of BHEver Company LLP (d.b.a. BHEver) ("BHEver") and ClickBank effective March 12, 2026 and (ii) the ClickBank Client Contract (available at https://support.clickbank.com/en/articles/10535337-clickbank-client-contract) (collectively, the "Contract") that governs the terms of BHEver's use of ClickBank's services.

ClickBank's reputation is one of its most valuable assets, which is why the company is committed to quality customer service and satisfaction. Accordingly, the Contract contains policies and procedures that provide for customers to seek refunds for goods purchased through ClickBank. The Contract also authorizes ClickBank to obtain reimbursement from vendors such as BHEver for such refunds and chargebacks.

As set forth more fully below, BHEver has accumulated a significant negative balance due to customer refunds and chargebacks and has not responded to demands for reimbursement as authorized by the Contract. We write to demand that BHEver satisfy its financial obligations to ClickBank and reimburse ClickBank for the current outstanding negative balance in BHEver's accounts.

This letter is not a comprehensive analysis of all claims against BHEver, and ClickBank may proceed with additional legal action against BHEver if ClickBank's reimbursement demands are not met.

## BHEver's Obligations to ClickBank

Pursuant to ClickBank's Accounting Policy incorporated as part of the Contract (available at https://support.clickbank.com/en/articles/10535345-clickbank-accounting-policy), when refunds of items sold by BHEver are processed, ClickBank is authorized to debit the charge-back

amounts from BHEver's accounts and to assess return fees. ClickBank is further authorized to invoice BHEver for any negative balances that may result from charge-backs.

In recent months, BHEver has experienced an extraordinary amount of customer refunds resulting in charge-backs. ClickBank's acceptable chargeback threshold is under 2%, and the BHEver accounts had quality chargeback rates ranging between 5% and almost 16%. Accordingly, pursuant to its rights under the Contract, ClickBank has invoiced BHEver as follows:

- Invoice No. 2026-187, dated June 30, 2026, in the amount of $358,944.69;
- Invoice No. 2026-189, dated July 10, 2026, in the amount of $343,704.32;
- Invoice No. 2026-0801, dated August 3, 2026, in the amount of $427,463.50; and
- $62,500 assessed by Mastercard against BHEver's accounts for compliance findings and fraud complaints, notification of which was sent to BHEver on July 15, 2026.

**TOTAL INVOICED/OWED: $1,192,612.51**

BHEver has failed to pay these amounts and has not responded to ClickBank's requests for payment. Accordingly, BHEver is in breach of the Contract and is liable to ClickBank for damages, which continue to accrue.

## Demand for Reimbursement

Based on the foregoing, ClickBank demands that BHEver pay to ClickBank **$1,192,612.51 in principal, plus interest accruing at 5% on this amount** and any remaining balance until this obligation is fully satisfied.

If you refuse to resolve this dispute, ClickBank will pursue collection through litigation. We remind you that pursuant to Section 18(a) of the Contract, ClickBank will file such suit in the state or federal courts located in Boise, Idaho. Under this same contractual provision, you stipulated that you are subject to the personal jurisdiction of such courts. Should you fail to respond, ClickBank will obtain a default judgment for the full amount in short order. ClickBank's judgment will then allow it to place a lien on any revenue BHEver obtains in the United States. Make no mistake, ignoring our demands will complicate any future operations you have in the U.S.

## Conclusion

To avoid litigation, we require that you contact us no later than **August 18, 2026,** to discuss payment and terms of settlement. Alternatively, if BHEver has outside litigation counsel, please have him or her contact me immediately to discuss this matter.

Nothing in this letter shall be construed as a waiver of any rights or remedies available to ClickBank, whether at law or in equity, all of which are hereby expressly reserved. ClickBank

Holland & Hart



reserves the right to amend its damages calculations as additional costs are incurred due to refunds or charge-backs to BHEver's accounts and to pursue all available legal remedies should this matter not be resolved satisfactorily.

Respectfully,

Joshua D. Hurwit
Holland & Hart LLP

38728968_v3