# UNITED STATES DISTRICT COURT

for the

District of Idaho

CLICK SALES, INC., a Delaware corporation, d/b/a CLICKBANK,

*Plaintiff(s)*

v.

BHEVER COMPANY LLP, a limited liability partnership organized under the laws of England and Wales, d/b/a BHEVER,

*Defendant(s)*

Civil Action No. 1:26-cv-753-REP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BHEver Company LLP
27 Old Gloucester Street
LONDON
WC1N 3AX
UNITED KINGDOM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joshua D. Hurwit
Faustine A. Moulton
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES COURTS DISTRICT OF IDAHO

United States Courts
District of Idaho
**ISSUED**
AmandaArzate
on Nov 09, 2026 11:58 am

Date: 11/9/26

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ________________
was received by me on *(date)* ________ .

❒ I personally served the summons on the individual at *(place)* ________________
________________ on *(date)* ________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________
________________ , a person of suitable age and discretion who resides there,
on *(date)* ________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ________
________________ on *(date)* ________ ; or

❒ I returned the summons unexecuted because ________________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ________

________________
*Server's signature*

________________
*Printed name and title*

________________
*Server's address*

Additional information regarding attempted service, etc: